John Skarha, Appellant, v. People of the State of Illinois for use of Randolph County et al., Appellees.

opinion filed June 1, 1943. T. A. O'Connor, Philip G. Listeman and J. Fred Gilster, for appellant; David N. Conn, State's Attorney, Louis Beasley and Edward C. Zulley, *pro se*. Opinion by JUSTICE STONE. "Not to be published in full."

Margaret Viedenschek, Appellant, v. Johnny Perkins Playdium, Inc., Appellee.

opinion filed June 1, 1943. Robert Rutledge, for appellant; McGlynn & McGlynn, for appellee; James F. Wheatley, of counsel. Opinion by JUSTICE STONE. "Not to be published in full."